An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GLEN TROGDON,

                    Appellant,

vs.

THE STATE OF NEVADA,

                    Respondent.

No. 67078

**FILED**

FEB 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to proceed in forma pauperis and denying a motion for transcripts at State's expense. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

Because no statute or court rule permits an appeal from an order granting a motion to proceed in forma pauperis and denying a motion for transcripts at State's expense, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
                Saitta

_____ J.
    Gibbons

_____, J.
        Pickering

_____

[1]We have received the pro se document submitted in this appeal, and we conclude that no relief is warranted in light of the dismissal of this appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04932

cc:    Hon. Jessie Elizabeth Walsh, District Judge
Glen Trogdon
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A